IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ARTHUR COTA, 42552 B, )
    Petitioner, )
     )
    v. ) Civil Action No. 07-1545
     )
PITTSBURGH, USA ESQ., et al., )
    Respondents. )

MEMORANDUM ORDER

AND NOW, this 16th day of November, 2007, after Arthur Cota presented a petition pursuant to the All Writs Act, 28 U.S.C. 1651, which appears to be more in the nature of a petition for a writ of habeas corpus, and it appearing that Cota has no cases pending either in this Court or in the Commonwealth of Pennsylvania, but that he is an active litigant in the United States District Court for the District of Arizona where he has a very similar petition pending at CV-07-1766,

IT IS ORDERED that the Clerk of Court forthwith transmit the relevant papers in the above captioned case, along with a copy of this Memorandum Order to the United States District Court for the District of Arizona,

AND IT IS FURTHER ORDERED that the Clerk marked the above captioned case closed.

                          _____
                          United States District Judge

1